**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANDREW LEE CLINKSCALE**                                                                   **PLAINTIFF**

v.                              **CASE NO. 2:16-CV-00095 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                            **DEFENDANT**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 15] has been reviewed. No objections have been filed. After careful review, the RD is adopted. Accordingly, the commissioner's decision is reversed and the case is remanded to the commissioner for further proceedings pursuant to "sentence four." *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 17th day of March 2017.


_____
UNITED STATES DISTRICT JUDGE